```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                        :
                                                 :
                    -against-                    :            23-CR-141 (VEC)
                                                 :
GERALD LEE,                                      :            ORDER
                                                 :
                                    Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 31, 2023, the parties appeared before the Undersigned for an arraignment and initial status conference.

IT IS HEREBY ORDERED that a status conference in this matter will be held on **Monday, June 26, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Because Mr. Lee resides in the Southern District of New York, he will be required to attend the in-person conference pursuant to the Court's March 24, 2023, Order, Dkt. 34.

IT IS FURTHER ORDERED that the conditions of Mr. Lee's bail are modified to remove the requirement that the personal recognizance bond be cosigned by one financially responsible person.

**SO ORDERED.**

**Date: March 31, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**