**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 11238
### PH (718) 403-9261 FAX (347) 402-7103

[ken@kjmontgomerylaw.com](mailto:ken@kjmontgomerylaw.com)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2024
```

April 2, 2024

**BY ECF**

The Honorable Valerie E. Caproni (VEC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Gerald Lee*, 23 Cr. 141 (VEC)

Dear Judge Caproni:

      I represent defendant Gerald Lee in the above-referenced matter. Mr. Lee and all parties are scheduled to file our Motions in Limine this Friday, April 5, 2024.

      I respectfully submit this letter to request an extension of the Motion In Limine deadline. I am currently engaged in trial before Judge Cogan in E.D.N.Y on a 4-6 week Federal Racketeering murder and drug trial which started last week. I have been actively negotiating with the Government regarding a disposition of this matter. The Government does not object to this application. In light of the above, I would ask that the Motion schedule be extended.

      The Court's consideration is greatly appreciated.

      Respectfully submitted,

      By: /s/Kenneth J. Montgomery
      Kenneth J. Montgomery, Esq.
      Attorney for Gerald Lee

cc: All Counsel of Record (via ECF)

---

The deadline for motions *in limine* as to Mr. Lee only is extended to **April 12, 2024**. Responses are due **April 19, 2024**. By **5:00 PM on April 3, 2024**, the Government must submit a letter stating whether the extension request was on consent as to all Defendants, or to Mr. Lee only.

SO ORDERED.

*[signature]*

04/03/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE