USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

　　　　　-against-

GERALD LEE,

　　　　　　　　　　Defendant.

-------------------------------------------------------------- X

23-CR-141 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 10, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that a change-of-plea hearing in this matter will take place on **Friday, May 3, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: April 10, 2024**
**　　　　New York, New York**

**VALERIE CAPRONI**
**United States District Judge**