```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
                -against-                    :
                                             :
GERALD LEE and DEMETRIUS TORRY,              :    23-CR-141 (VEC)
                                             :
                             Defendants.     :    ORDER
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 3, 2024, Mr. Lee and Mr. Torry appeared before the Court for change-of-plea hearings, at which each Defendant entered a plea of guilty to Count 1 of the Indictment, and both guilty pleas were accepted by the Court.

IT IS HEREBY ORDERED that Mr. Lee will be sentenced on **Wednesday, September 25, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The pre-sentencing submissions for Mr. Lee are due on **September 11, 2024**.

IT IS FURTHER ORDERED that Mr. Torry will be sentenced on **Friday, September 27, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The pre-sentencing submissions for Mr. Torry are due on **September 13, 2024**.

**SO ORDERED.**

Date: May 3, 2024
      New York, New York

                                                    VALERIE CAPRONI
                                                 United States District Judge