USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                                                          :
             -against-                                              :
                                                                          :
GERALD LEE,                                            :       23-CR-141 (VEC)
                                                                          :
                                       Defendant.    :       ORDER
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a bail review hearing in this matter on June 28, 2024.

IT IS HEREBY ORDERED that the sentencing hearing in this matter is ADJOURNED to **Wednesday, October 16, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions are due **October 2, 2024**.

**SO ORDERED.**

**Date:  June 28, 2024**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**