UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA                    23 CR 141

                                      Docket. No. ~~14 Cr. 724~~

**PROPOSED ORDER**
To Judge Figueredo

-against-

GERALD LEE,
                        Defendant.

------------------------------------------x

Extending the cosigner requirement on the Bond for the defendant to December 31, 2024, the defendant will be released upon his signature on the bond issued by the Court.

Date:   New York, New York
        September 6, 2016

                                                  *Kenneth J. Montgomery*
                                                  Kenneth J. Montgomery

_____
Signed by Judge Figueredo
            9/6/24