UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                 :
                                          :
       -against-             :
                                          :       23-CR-141 (VEC)
GERALD LEE,                               :
                                          :       <u>ORDER</u>
             Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for a bail review hearing on **Friday, September 27, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: September 24, 2024
      New York, New York

                                             **VALERIE CAPRONI**
                                             **United States District Judge**