UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,    :

    :

    -against-    :

    :    23-CR-141 (VEC)

GERALD LEE,    :

    :    <u>ORDER</u>

    Defendant.    :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a bail review hearing in this matter on September 27, 2024, at which Mr. Lee was remanded.

IT IS HEREBY ORDERED that Mr. Lee's sentencing will proceed as scheduled on November 6, 2024. The Court strongly advises that Mr. Lee not be housed at the Metropolitan Detention Center. The Court further advises that Mr. Lee be given a thorough medical intake exam as soon as possible upon admission into custody.

**SO ORDERED.**

Date:  **September 27, 2024**
       **New York, New York**

                                    **VALERIE CAPRONI**
                                  **United States District Judge**